1  Josh A. Cohen (SBN 217853)
   Gina Moon (SBN 257721)
2  CLARENCE DYER & COHEN LLP
   899 Ellis Street
3  San Francisco, California 94109
4  Tel: (415) 749-1800
   Fax: (415) 749-1694
5  jcohen@clarencedyer.com
   gmoon@clarencedyer.com
6

7  Attorneys for Defendant JAMES ALAN ANDERSON

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          CASE NO. CR-12-0643 RS (EDL)

14        Plaintiff,                   STIPULATION AND [PROPOSED]
                                       ORDER MODIFYING CONDITIONS
15  v.                                 OF RELEASE TO PERMIT TRAVEL
                                       TO AND WITHIN THE CENTRAL
16  JAMES ALAN ANDERSON,               DISTRICT OF CALIFORNIA

17        Defendant.

18

19                       **STIPULATION**

20        Defendant James Anderson has been on pretrial release since August 31, 2012. As a

21  condition of his release, Mr. Anderson's travel has been restricted to the Northern District of

22  California, where he resides. (*See* Dkt. No. 9.)

23        To satisfy the employment condition of his pretrial release, Mr. Anderson has found part-

24  time employment in San Luis Obispo County (tile work for his brother). Mr. Anderson

25  accordingly wishes to expand the boundaries of his permissible travel to include the Central

26  District of California so that he may travel to San Luis Obispo County. The government does not

27

28

object to modifying Mr. Anderson's release conditions to permit travel to and within the Central

District of California.

The parties agree and stipulate that Mr. Anderson's conditions of release should be

modified to permit Mr. Anderson to travel within both the Northern District of California and the

Central District of California. The parties further agree and stipulate that all other conditions of

release should remain in effect.


IT IS SO STIPULATED.


DATED: October 3, 2012          /s/ Josh Cohen
                                _____
                                JOSH COHEN
                                Attorney for JAMES ALAN ANDERSON

DATED: October 3, 2012          /s/ Susan Cushman
                                _____
                                SUSAN CUSHMAN
                                Assistant United States Attorney


## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant

James Anderson's conditions of release shall be modified as follows: Mr. Anderson shall be

permitted to travel within both the Northern District of California and the Central District of

California. Mr. Anderson shall abide by all restrictions and requirements imposed by Pretrial

Services pertaining to the approved travel area, and shall not travel outside the Northern District of

California or the Central District of California without permission from this Court. All other

conditions of release shall remain in effect.


**IT IS SO ORDERED.**


DATED: ___O ₵ 5___, 2012          _____
                                  HON. ELIZABETH D. LAPORTE
                                  UNITED STATES MAGISTRATE JUDGE

*Stipulation and [Proposed] Order Modifying Conditions of Release*