Josh A. Cohen (SBN 217853)
Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
gmoon@clarencedyer.com

Attorneys for Defendant JAMES ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0643 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JAMES ALAN ANDERSON and ELIJAH JACOB BETTS, | |
| Defendants. | |

**STIPULATION**

The parties in this matter are currently scheduled to appear before the Court for a status conference on November 13, 2012. Defense counsel is currently in trial before the Honorable Charles R. Breyer and anticipates that the trial will last through the week of November 12, 2012. Accordingly, the parties agree and stipulate that this matter should be continued one week, to November 20, 2012.

The parties further agree and stipulate that the time from November 13, 2012 through November 20, 2012 should be excluded under the Speedy Trial Act. Given defense counsel's

unavailability, as well as the need for defense counsel to complete its review of the discovery and meet and confer with government counsel concerning motions and/or disposition, the parties agree that the failure to grant a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: November 2, 2012           Respectfully submitted,

*/s/ Josh A. Cohen*
_____
Josh A. Cohen
Gina Moon
Attorneys for JAMES ANDERSON

*/s/ Susan Cushman*
_____
Susan Cushman
Assistant United States Attorney

## **ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the status conference presently scheduled for November 13, 2012 shall be continued to November 20, 2012 at 2:30 p.m. It is further ORDERED that the time from November 13, 2012 through November 20, 2012 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the failure to grant a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: __11/2/12_____          _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE