Josh A. Cohen (SBN 217853)
Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
gmoon@clarencedyer.com

Attorneys for Defendant JAMES ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0643 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM MARCH 12, 2013 TO APRIL 2, 2013** |
| v. | |
| JAMES ALAN ANDERSON, | |
| Defendant. | |

**STIPULATION**

Having entered a guilty plea to a one-count information charging him with conspiracy to cultivate marijuana in violation of 21 U.S.C. § 846, defendant James Anderson is scheduled to be sentenced by this Court on March 12, 2013.

The parties received the draft presentence report more than one week behind schedule, on February 14, 2013. The draft report raises several issues to which both parties may object. Accordingly, the parties seek additional time to resolve these objections and minimize the disputed issues at sentencing.

In addition, government counsel is new to the case. (Prior government counsel recently

transferred to the District of Nevada.)  Government counsel would like additional time to familiarize herself with the issues in the case and fulfill the government's obligations under the plea agreement.

Finally, Mr. Anderson recently secured new full-time employment as a heavy equipment operator at a vineyard in Mendocino County.  He would like additional time in this employment before he is sentenced by the Court.

For all of these reasons, the parties agree and stipulate that the sentencing hearing in this matter should be continued three weeks, from March 12, 2013 to April 2, 2013.

IT IS SO STIPULATED.

DATED: February 20, 2013                    Respectfully submitted,

/s/ Josh A. Cohen
_____
Josh A. Cohen
Gina Moon
Attorneys for JAMES ANDERSON

/s/ Katie Burroughs Medearis
_____
Katie Burroughs Medearis
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter presently scheduled for March 12, 2013 shall be continued to April 2, 2013 at 2:30 p.m.

IT IS SO ORDERED.

DATED:  __2/20/13_____         _____
                                        RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE