| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | KATIE BURROUGHS MEDEARIS (CABN 252639)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 7 | katie.medearis@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 12-00643 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING SENTENCNIG HEARING FROM |
| v. | ) | APRIL 2, 2013 TO APRIL 23, 2013 |
| | ) | |
| JAMES ALAN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant James Alan Anderson has entered a guilty plea and is scheduled to be sentenced by the Court on April 2, 2013. Due to a scheduling conflict, and to allow Government counsel additional time to familiarize herself with the case (prior counsel transferred to the District of Nevada), the parties request a two week continuance of the sentencing hearing. The requested continuance will also allow the defendant to continue his recently acquired full-time employment prior to sentencing.

///

///

STIP. AND [~~PROPOSED~~] ORDER TO CONT. SENTENCING HEARNIG
12-00643 RS

1       For the aforementioned reasons, the parties agree and stipulate that the sentencing hearing in this
2 matter should be moved to April 23, 2013.

4 DATED: February 25, 2013                           Respectfully Submitted,
MELINDA HAAG
United States Attorney

_____/s/_____
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney

_____/s/_____
JOSH A. COHEN
Attorney for JAMES ANDERSON

# ORDER

Pursuant to the stipulation submitted by the parties in this matter, and good cause having been shown, it is hereby ORDERED that the sentencing this matter shall be continued from April 2, 2103 to April 23, 2013 at 2:30 pm.

DATED: 3/25/13

HONORABLE RICHARD SEEBORG
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONT. SENTENCING HEARNIG
12-00643 RS